AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Chrimar Systems, Inc. D/B/A CMS Technologies
and Chrimar Holding Company, LLC,

*Plaintiff(s)*

v.

Fortinet, Inc.,

*Defendant(s)*

Civil Action No. 6:15-cv-00651-JRG-JDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fortinet, Inc.
c/o: The Company Corporation
2711 Centreville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin S. Cohen
Richard L. Wynne, Jr.
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David Maland

*Signature of Clerk or Deputy Clerk*

Date: 7/6/15

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:15-CV-00651-JRG-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* FORTINET, INC
was received by me on *(date)* July 10, 2015

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* FORTINET, INC
C/O THE COMPANY CORPORATION 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (REGISTERED AGENT)   on *(date)* 7/10/15   AT 12:50 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: July 10, 2015

_____
Server's signature

KEVIN S. DUNN
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: