(11/15)

<u>JUDGE ILLSTON'S STANDING ORDER</u>

1. <u>Scheduling Days</u>:

   Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.

   Criminal Law and Motion Calendar is conducted on Fridays at 11:00 a.m.

   Civil Case Management Conferences are generally conducted on Fridays at 2:30 p.m. with the order of call determined by the Court.

   Pretrial Conferences are generally conducted on Tuesday afternoons at 3:30 p.m.

   Counsel need not reserve motion hearing dates, but may call the clerk to obtain the next available law and motion calendar.  Motions may be reset as the Court's calendar requires.

   All parties are directed to comply with the Civil Local Rules except as identified in this Order.

2. <u>Sentencing Memorandum and/or Request to Continue Sentencing</u>:

   Counsel must comply with Crim. L.R. 32-5 (b) and (c). **The sentencing memorandum must be filed no later than 7 days prior to the date set for sentencing** and any response must be filed no later than 3 days prior to the date set for sentencing.  In the event counsel determines that no sentencing memorandum is necessary, a notice indicating such must be filed no later than 7 days prior to the date set for sentencing.  **Any request to continue a date set for sentence must be filed no later than 7 days prior to the scheduled date.**

3. <u>Discovery Disputes</u>:

   The parties shall meet and confer in person, or, if counsel are located outside the Bay Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of letters, e-mails, telephone calls, or facsimile transmissions does not satisfy the requirement to meet and confer.

   If, after a good faith effort, the parties have not resolved their dispute, they shall prepare a concise joint statement of 5 pages or less, stating the nature and status of their dispute. Absent an order of this Court, parties shall not file affidavits or exhibits, other than copies of the written requests for discovery and the answers or objections thereto.

   If a joint statement is not possible, each side may submit a brief individual statement of 2 pages or less. The joint statement or individual statements shall be filed or e-filed, if in an e-filing case, and courtesy copies submitted as provided by the Civil Local Rules.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   The Court will advise the parties regarding the need, if any, for more formal briefing or a
hearing, pursuant to Civil Local Rule 7-1(b).

2

3    4. Courtesy Copies:

4   All courtesy copies must be three-hole punched at the left margin.  All courtesy
copies must bear the ECF stamp (case number, document number, date and
5   page number) on the top of each page.

6

7   5.  Summary Judgment Motions:

8   Parties are limited to filing one motion for summary judgment.  Any party wishing
to exceed this limit must request leave of Court.
9

10  6.  Courtroom Technology Information:

11  All parties are instructed to review the information regarding the use of courtroom
technology and electronic evidence presentation (EEPS) which is provided on the
12  Court's web site at http://cand.uscourts.gov/courtroomtech, and to prepare accordingly.
Questions and/or requests to pre-test equipment should be sent to the courtroom deputy.
13

14  7.  Requests to Appear Telephoniclly :
Telephonic Appearances for court hearings are permitted without the need of filing a formal
15  request or motion.  Counsel shall contact the Courtroom Clerk, Tracy Kasamoto, at (415) 522-
2028 to obtain further instructions.
16

17       **IT IS SO ORDERED.**

18

19       **Dated: 11/10/15**

20

21                                   **SUSAN ILLSTON**
                                     **United States District Judge**
22

23

24

25

26

27

28

2